| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Central Basin Operating, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Central Basin Oil Investments, Inc.; fdba Central Basin Natural Resources, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **75-2906287** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**2485 E. Southlake Blvd.**<br>**Suite 100**<br>**Southlake, TX**  ZIP CODE **76092** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Tarrant** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Central Basin Operating, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                                                          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Central Basin Operating, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____

#### Signature of Attorney*

X  /s/ Marilyn D. Garner

**Marilyn D. Garner**                     Bar No. **07675550**

**Law Office of Marilyn Garner**
**2000 East Lamar Blvd.**
**Suite 450**
**Arlington, TX 76006**

Phone No. **(817) 588-3075**          Fax No. **(817) 462-4075**

08/26/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Central Basin Operating, Inc.**

X  /s/ Jason Halek
Signature of Authorized Individual

**Jason Halek**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**08/26/2009**
Date

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   **Central Basin Operating, Inc.**                    CASE NO

                                                     CHAPTER     **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

| | |
|---|---|
| 1.  Debtor's employer identification number is_____**75-2906287**_____. | |

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____.

    a. Total Assets

    b. Total Liabilities

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | | |
| Contingent  secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | | |
| Contingent  unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4.  Brief description of debtor's business:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Central Basin Operating, Inc.**                               CASE NO

                                                                          CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

| |
|---|
| 5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor: |
| 6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor: |

I, _____**Jason Halek**_____ , the_____**President**_____of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date:__**08/26/2009**_____          Signature:__**/s/ Jason Halek**_____
                                                              *Jason Halek*
                                                              **President**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Central Basin Operating, Inc.**                    CASE NO

                                                             CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  08/26/2009                                Signature  _/s/ Jason Halek_
                                                           _Jason Halek_
                                                           _President_


Date                                            Signature

A-1 Copier Tec, Inc.
104 Houston St., #C
Roanoke, TX    76262


ADT Security Services Inc.



All Star Equipment
14 Lytle Place
Abilene, TX    79602


Alpha Mud Logging
c/o Wear Law Offices
1811 W. Park Row
Arlington, TX    76013

Alpha Oil Field Service
8185 North FM 51
Decatur, TX    76234


Arrowhead Mug Loggers, Inc.
1604 W. Ohio
Midland, TX    79701


Azurite Service Company
PO Box 620
Palestine, TX    75802


Basic Energy Service
P.O. Box 10460
Midland, TX    79702


Basin Tool Company
PO Box 201643
Dallas, TX    75320

Bassler Energy Service
Dept Code 685
PO Box 3108
Houston TX  77253-3108


BBL Falcon Industries, LT
PO Box 830
Midland, TX   79702


Bear Creek Environmental
PO Box 6687
Shreveport, LA  71136


Billy W. Boone, Esq.
104 Pine Street, Suite 705
Abilene, TX   79601


Bobby Williams
4501 CR 408
Abilene, TX   79601


Brantley Transportation
PO Box 2010
Monahans, TX   79756


Briann E. Bro
Law Offices of Brian E. Bro
3200 Southwest Frwy., Suite 2200
Houston, TX   77027


Bryan Trucking
PO Box 732
Decatur TX  76234


C Bar H Transportation
c/o Carrier Cash LLC
PO Box 22156
Dallas, TX   75222

```
C.A.R. Oilfield Service
1475 S. Burleson Blvd.
Burleson, TX     76028


Carrier Cash, LLC dba Pay4Freight.com
PO Box 225156
Dallas, TX    75222


Carrollton-Farmers Branch ISD
1455 North Perry Road
P.O. Box 110611
Carrollton, Texas 75011-0611


Casedhole Solutions, inc.
PO Box 267
Weather Ford, OK    73096


Centex Rentals
PO Box 250
Elm Mott, TX   76640


Chemical Lime
5274 Paysphere Circle
Chicago, IL    60674


Chemical Lime
PO Box 985004
Fort Worth, TX    76185


City of Irving
c/o Parker & marks, PC
1333 Corporate Dr., Suite 209
Irving, TX    75038


City of Irving - Tax Assessor Collector
825 WEst Irving Blvd
Irving, Texas 75060
```

Clinton W. FArris
PO Box 335
Jacksboro, TX   76458


CMRE Financial Services Inc
3075 E Imperial Hwy #200
Brea CA  92821


Complete Fishing & Rental
1134 E. Hwy
Abilene, tX   79601


Compressco Field Service
101 Park  ave., Suite 1200
Oklahoma City, OK   73102


CRR Communications, Inc.
605 Babbling Brook Dr.
Saginaw, TX   76179


D. Todd Davenport
Gibson, Hotchkiss, Roach
807  8th Street, 8th Floor
Wichita Fallas, TX     76301


Daniel K. Bearden, Jr.
Law Offices of Robert E. Luna, PC
4411 North Central Expwy
Dallas, TX    75205


David Spiller
Spiller & S piller
PO Box 447
Jacksboro, TX    76458


Department of Justice-Tax Division
717 N. Harwood, Suite 400
Dallas, TX  75201

Department of Treasury
Internal Revenue Service
Washington, DC   20224


Diamond Tank Rental
PO Box 4751
Odessa, TX   79760


Dick Harris
Law Office of Dick Harris, PC
PO Box 3835
Abilene, TX   79604


Don Connally
402 Cypress, Suite 405
Abilene, TX   79601


Drilling Equipment Supply
PO Box 751
Richmond, TX   77406


Dynasty Transportation, Inc.
5011 Paysphere Circle
Chicgo, IL   60674


Ellis Emergency Group PA
Affial Schumacher Group
PO Box 1901
San Antonio, TX   87297-1901


Ellis Emergency Group, PA
c/o CMRE Financial Services, Inc.
3075 E. Imperial Hwy., Suite 200
Brea, CA   92821


eLynx Technologies
6655 S. Lewis, Suite 300
Tulsa, OK   74136

Emlyn E. Webb
Coats/Rose
3 Greenway Plaza, Suite 2000
Houston, TX   77046


ENERGEX
PO Box 6027
San Antonio, TX   78209


Express Energy Service
PO Box 975401
Dallas, TX   75397


Frank Scarborough
Glandon & Scarborough, P.C.
PO Box 3659
Abilene, TX   79604


GBC Services, LLC
dba Gerald Bever Sonsult
1807 Pueblo Place
Iving, TX   75061


GMAC
PO Box 9001948
Louisville, KY   40290


H2O Transfer Services, Inc.
c/o D on Fenoglio
PO Box 71
MOntague, TX   76251


Haynie Drilling
PO Box 1061
Corsicana, TX   75151


Highlanndd Specialty
c/o Kenneth D. Reynen
PO Box 809
Davis, OK   73030

Horizon Vacuum Services
PO Box 919
Corsicana, TX    75151


Hub Fishing Tools
PO Box 1508
Graham, TX  76450


Hughes Christensen Co
Baker Hughes
PO Box 200415
Houston TX  77216-0415


Hurd Oilfield Service
PO Box 728
Jacksboro, TX    76458


Hydrovac Service Inc
PO Box 629
Longview TX  75606


Hydrovac Services, Inc.
c/o Gregory J. Wright
Law Office of Gredory J. Wright
PO Box 3349
Longview, TX    75606


Hydrovac Services, Inc.
PO Box 629
Longview, TX    75606


Internal Revenue Service
1100 Commerce St., 9th FL - MC 5020DAL
Dallas TX    75242


Internal Revenue Service
P.O. Box 21126
Philadephia, PA    19114

J & J Oilfield Electric
405 East Walker
Breckenridge, TX    764245


J & J Oilfield Electric Co., Inc.
c/o Gary D. Trammel, Esq.
108 East Walker
Breckenridge, TX    76424


Jack County Parkers
PO  Box 951
Jacksboro, TX    76458


Jacksboro Pump & Secialty
POO Box 548
Jacksboro, TX    76458


Jamie Freeman, Consultant
4120 Majestic Ct.
Keller, Tx    76248


Jared G. LeBland
Buck, Keenan, Gage et al.
700 Louisiana, Suite 5100
Houston, TX    77002


Jerry's Waterline Service
PO Box 616
STamford, TX    76553


Johnson Oil Co.
325 S. 13th St.
Abilene, TX    79602


Jose J. Muzquiz
dba Muzquiz's Welding
PO Box 163333
Fort Worth, TX    76161

JV Dockery
PO Box 57
Kerens, TX    75144


Keys Bit Service
1696 FM 2568
Quanah, TX    79252


KT Drilling Fluids, LP
266 East Rridge
Catur, TX    76234


LAW OFFICE OF MARILYN GARNER
2007 EAST LAMAR BLVD.
SUITE 200

ARLINGTON, TX 76006

LeTourneau Technologies
PO Box 202140
Dallas, TX    75320-2140


Light Tower Rentals
2330 East I-20 South Service Rd
Odessa, TX    79766


Mac Oil Field  Company
PO Box 669
Winters, TX    79567


Mark Schuck
The Schuck Law Firm
4545 Mount Vernon Street
Houston, TX    77006


Melton Norcross & Associates, LLC
2591 Dallas, Parway, Suite 300
Frisco, TX    75034

Midwestern Mud Service
PO Box 690
Wichita Fallas, TX    76307


Miles Nelson
Shafer, Davis, O'Leary & Stoker, P.C.
PO Box 1552
Odessa, TX    79760


Mobile Thrones, LLC
PO Box 442
Jacksboro, TX    76458


Nabors Well Services, LTd
PO Box 973510
Dallas, TX    75397


Natural Gas Service Group
dba NGSG
508 W. Wall St., Suite 550
Midland, TX    79701


Nesmith Trucking, Inc.
301 Cottontail Lane
Weatherford, TX    76088


Next Foundation
PO Box 827
Roanoke TX    76319


North Texas Drilling Service
1837 Barnett Dr.
Weatherford, TX    76087


Nu Tech Energy Alliance
7702 FM 1960 E, Ssuite 30
Humble, TX    77346

P&L Rentals
Oilfield Anchor Co
PO Box 2090
Palestine TX  75802


Pason Systems USA Corp.
161oo Table Mountain Pkwy., Suite 100
Golden, CO   80403


PE COnsulting Service
PO Box 311836
New Braunfels, TX   78131


Phillips Water Hauling
121 Oakwood Dr.
Weatherford, TX   76086


Pinnergy, Ltd.
111 Congress Ave., Suite 2020
Austin, TX   78701


Pipe Maintenance, Inc.
PO Box 1753
Kilgore, TX  75663


Pro Well Testing and Wireline
PO Box 791
Hobbs, NM  88241


Pruitt Tool & Supply Co
PO Box 181359
Fort Smith AR  72918


Pumpco Services, Inc.
302 S. Dixon
Gainesville, TX   76240

Quality Comopression Co.
PO Box 409
Bryson, TX    76427


R.B.  Morris, Esq.
PO Box 1065
112 East Walnut Street
Archer City, TX    76251


REds Satellite Service
PO Box 559
Abilene, TX    79604


Richey Oilfield Construction
7880 San Felipe, Suite 207
Houston, TX    77063


Robert Reich
309 N. Fisk
Brownwood, TX    76801


Roma, Kirshbaum & Schmidt
4600 Hwy.6 N., Suite 101
Houston, TX    77084


Russell Johnson Anchor Tr.
208 Pine Street
Chico, TX    76431


S&J Quality Transport
PO Box 476
Decatur TX   76234


Schoef & Stone, LLP
500 North Akard St., 27th Floor
Dallas, TX    75201

Scientific Drilling
1100 Rankien Road
Houston TX  77073


Shack Acidizing
PO Box 665
Albany, TX   76430


Sharewell Energy Service
PO Box 659506
San Antonio, TX   78265


Singleton's Service, Inc.
518 E. 10th Avenue
Corsicana, TX   75110


Smith International
PO Box 200760
Dallas, TX   75320


Smith Pip of Abilene
P.O. Box 6291
Abilene, TX    79608


Southcoast Oil Field Co.
PO Bpx 2647
Fort Worth, TX   76113


Spur Drilling Fluids
PO Box 392
Jacksboro TX  76458


Stewart Tank Company
PO Box 158
Strawn, TX   76475

Stinger Wellhead Protection
Dept 124
PO Box 4869
Houston, TX   77210-4869


Sunwest Mud
P.O. Box 80593
Midland, TX   79708


Superior Energy Services
601 Pydras St., Suite 2400
New Orleans, LA   70130


Swan Oilfield Service LP
PO Box 66
Jacksboro, TX   76458


Texas Pride Fuels, Ltd
1300 Highway 199 E
Springtown, TX   76082


Thomas R. Stauch
Nowak & Stauch, LLP
4144 N. Central Expressway, Suite 300
Dallas, TX   75204


Tidy Toilets
PO Box 1027
Mabank, TX   75147


Toby L. Mash
McCarty, Wilson & Mash, PC
PO Box 580
Ennis, TX   75120


Trent Services, LP
Ppo bx 74
Broussard, LA   70518

Tubular Products of Texas
PO Box 41027
Houston, TX    77241-1027


Tucker Energy Service
dba Tucker Wireline Service
12607 E. 60th Street
Tulsa, OK    74146


United Energex, LP
c/p S. Clinton Nix
Bradbury & Nix
PO Box 59
Abilene, TX    79604

United Equipment Rentals,
dba United Rentals
File 51122
Los Angeles, CA    90074


United Rentals
PO Box 10071
Atlanta, GA    30384


US Attorney General
US Dept. of Justice Room 4400
10th & Constitution Avenue NW
Washington, DC 20530


US Attorney North District of Texas
Office of the US Attorney
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102-6897


W. Clayton Gaston
The Law Offices of Gaston & Strain
550 W. Texas Avenue, Suite 400
Midland, TX    79701


Wade C. Hudman, Esq.Todd,
Todd, Barron, Thomason & Hudman, PC
3800 East 42nd Street, Suite 409
Odessa, TX    79762

Warrior Energy Service
dba Bobcat Pressure
PO Box 122114, Dept. 2114
Dallas, TX   75312


Webbco Tools & SErvice
1019 Wolfe Rd.
Abilene, TX   79602


Wholesales Rock Bits
PO Box 9228
Wichita Falls, TX   76309


William R. Sudlea
Crady, Jewett & McCulley, LLP
2727 Allen Pkwy., Suite 1700
Houston, TX   77019